IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK HORTON | ) |
| | ) |
| v. | ) NO. 3-10-0799 |
| | ) JUDGE CAMPBELL |
| WEBMEDX, INC. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 44), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Application for Attorneys' Fees (Docket No. 39) is GRANTED in part and DENIED in part, and Defendant shall be awarded total attorneys' fees in the amount of $3,598.84 and expenses in the amount of $17.34.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE